**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-2289

———————

FRANCES A. JAMES,

Plaintiff - Appellant,

versus

CP&L/PROGRESS ENERGY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-920-H)

———————

Submitted: April 27, 2005      Decided: May 12, 2005

———————

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Frances A. James, Appellant Pro Se. Zebulon Dyer Anderson, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frances A. James appeals the district court's order granting her former employer's motion for summary judgment in her civil action in which she alleged employment discrimination based upon her disability and race. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See James v. CP&L/Progress Energy, No. CA-02-920-H (E.D.N.C. Sept. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED